■ The People of the State of New York, Respondent, v. Frank Caroli, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered January 6, 1961, convicting him, on his plea of guilty as to a misdemeanor, of operating a policy business, in violation of section 974-a of the Penal Law, and sentencing him to serve one year in the New York City Penitentiary. The sole point made by defendant on this appeal is that the sentence is excessive. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. Richard Holmes, Appellant.— Appeal by defendant from an order of the County Court, Queens County, dated October 17, 1960, denying, without a hearing, his coram nobis application to vacate a judgment of said court, rendered September 23, 1959, convicting him, on his plea of guilty, of burglary in the third degree, and sentencing him to serve a term of from 5 to 10 years. Order affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. Gerard J. Lucke, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered October 7, 1959, after a jury trial, convicting him of robbery in the first degree and attempted rape in the first degree, and sentencing him, as a second felony offender, to serve concurrent terms of 15 to 30 years on the robbery count and 5 to 10 years on the attempted rape count. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ The People of the State of New York, Respondent, v. Nicholas Mitchell, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Kings County, rendered June 17, 1960 convicting him, after a jury trial, on two counts of carrying a dangerous weapon, as a felony (Penal Law, § 1897, subd. 4), and sentencing him as a third felony offender, to serve a term of 3½ to 5 years; and (2) from every intermediate order made in the action. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.